| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Donald, Bernice B. | 2. Court or Organization<br><br>Court of Appeals, Sixth | 3. Date of Report<br><br>02/29/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Court of Appeals, Active | 5a. Report Type (check appropriate type)<br>☐ Nomination     Date<br>☐ Initial     ☑ Annual     ☐ Final<br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Court of Appeals
167 N. Main Street, #1132
Clifford Davis/ Odell Horton Federal Building
Memphis, TN 38103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice Chair, Criminal Justice Section | American Bar Association |
| 2. | Director | Soulsville Museum |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 02/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia | January 3-5, 2014 | Charlottesville, VA | Trial Advocacy program | Transportation, Lodging, & Food |
| 2. | Americdan Bar Association | January 17-19, 2014 | San Diego, CA | Meeting, Litigation Section | Transportation, Lodging, & Food |
| 3. | American Bar Association | February 5-9, 2014 | Chicago, IL | Mid-year meeting | Transportation, Lodging, & Food |
| 4. | Federal Bar Association | February 19, 2014 | Detroit, MI | Bar Speech, Black History | Transportation, Lodging, & Food |
| 5. | St. John's University | March 3-5, 2014 | New York, NY | Bankruptcy Moot Court | Transportation, Lodging, & Food |
| 6. | University of Wisconsin | March 29-31, 2014 | Madison, WI | Apellate Moot Court | Transportation, Lodging, & Food |
| 7. | University of Southern Illinois | April 7-9, 2014 | Champaign, IL. | Moot Court competition | Transportation, Lodging, & Food |

| 8. | American Bar Association | April 9-13, 2014 | Los Angeles, CA | Standards Committee meeting | Transportation, Lodging, & Food |
| --- | --- | --- | --- | --- | --- |
| 9. | University of California @ Berkley | May 17-18, 2014 | Berkley, California | Commencement Speech | Transportation, Lodging, & Food |
| 10. | American Law Institute | May 18-21, 2014 | Washington, DC | Educational Conference and meeting | Transportation, Lodging, & Food |
| 11. | American Bar Association | June 4-6, 2014 | Kansas City, MO | Board of Govenors | Transportation, Lodging, & Food |
| 12. | American Bar Association | June 19-22, 2014 | Kohler, WI | Meeting | Transportation, Lodging, & Food |
| 13. | Defense Research Institute | July 17-18, 2014 | Chicago, IL | Ethics & Appellate Advocacy speech | Transportation, Lodging, & Food |
| 14. | American Bar Association | August 7-12, 2014 | Boston, MA | Annual meeting | Transportation, Lodging, & Food |
| 15. | Department of Justice | August 13-15, 2014 | Columbia, SC | Advocacy training | Transportation, Lodging, & Food |
| 16. | Law & Economics Institute | October 5-8, 2014 | Alexandria, VA | Pension fund seminar | Transportation, Lodging, & Food |
| 17. | United States Patent & Trademark Office | October 17-25, 2014 | Manila, Phillipines | Facullty, Judicial Training (ASEAN) | Transportation, Lodging, & Food |
| 18. | American Bar Association | November 4-5, 2014 | Los Angeles, CA | Faculty, Labor and Employment Educational program | Transportation, Lodging, & Food |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 02/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 02/29/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Horizon | B | Dividend | J | T | | | | | |
| 2. Proctor & Gamble | D | Distribution | J | T | | | | | |
| 3. Reynolds American Inc. | C | Dividend | J | T | | | | | |
| 4. Ford Motor Co | B | Dividend | J | T | | | | | |
| 5. Pioneer Cash Reserve | C | Dividend | J | T | | | | | |
| 6. Facebook | | None | K | T | | | | | |
| 7. Waddell & Reed Investment account (H) | | | | | | | | | |
| 8. IVY Balanced Fund A | A | Dividend | J | T | | 1/14/13 | J | | |
| 9. IVY International CORE Fund A | A | Dividend | J | T | | 1/14/13 | J | | |
| 10. IVY Global Nat Resources Fund A | A | Dividend | J | T | | 1/14/13 | J | | |
| 11. IVY MidCap Growth Fund A | A | Dividend | J | T | | 1/14/13 | J | | |
| 12. IVY Science & Tech Fund | A | Dividend | J | T | | 1/14/13 | J | | |
| 13. Waddell & Reed Asset Sterategy Fund A | A | Dividend | J | T | | 1/14/13 | J | | |
| 14. Waddell & Reed Continental Income Fund A | A | Dividend | J | T | | 1/14/13 | J | | |
| 15. Waddell & Reed Muni Bond Fund A | A | Dividend | K | T | | 1/14/13 | K | | |
| 16. Waddell & Reed Tax Managed Equity Fund | A | Dividend | J | T | | 1/14/13 | J | | |
| 17. Waddekk & Reed Value Fund A | B | Dividend | K | T | | 1/14/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 02/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Waddell & Reed Cash Management Fund A | | None | J | T | | 1/14/13 | J | | |
| 19. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donald, Bernice B.** | 02/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII   I opened and investment account with Waddell & Reed in February 2013, to which I contribute $3500.00 monthly from my federal salary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Bernice B. Donald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544